IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| REX LEVON WILKINS, #11446-078 | § | |
| VS. | § | CIVIL ACTION NO. 4:06cv171 |
| UNITED STATES OF AMERICA | § | |

O R D E R

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Government's motion to dismiss (docket entry #4) is **DENIED**.  It is further

**ORDERED** that the cause of action is **TRANSFERRED** to the Beaumont Division of the Eastern District of Texas.

**SIGNED this 11st day of September, 2006.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE